IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOE HIRSCHFIELD,

        Plaintiff,

        v.

VERNON COUNTY, EX-DEPUTY
RHONDA NAGEL, VERNON COUNTY
SHERIFF GENE CARY and CHIEF
DEPUTY JIM HANSON,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-30-wmc

---

        This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

        IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Joe Hirschfield in the amount of $37,500 plus actual reasonable attorneys' fees and taxable costs.

Peter Oppeneer, Clerk of Court        4/6/11 / Date