IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOE HIRSCHFIELD,

    Plaintiff,

v.

VERNON COUNTY, RHONDA NAGEL,
GENE CARY and JIM HANSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-30-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff reasonable attorney's fees and costs in the total amount of $18,574.25.

By: *L. Jensen, Deputy Clerk*    8-15-11
    Peter Oppeneer, Clerk of Court    Date