IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOE HIRSCHFIELD,

    Plaintiff,

v.

VERNON COUNTY, RHONDA NAGEL,
GENE CARY, and JIM HANSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-30-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff $19,311.75 in reasonable attorney's fees and costs.

_____
Peter Oppeneer, Clerk of Court

10/25/11
Date